# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2011

143839 & (53)

AARON RICHARD,
          Plaintiff-Appellee,

v

SCHNEIDERMAN & SHERMAN, P.C.,
          Defendant-Appellee,
and

GMAC MORTGAGE, and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.,
          Defendants-Appellants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143839
COA: 297353
Wayne CC: 10-000273-CZ

        On order of the Court, it appearing that proceedings in this case are stayed by the filing of a petition in bankruptcy (ED Michigan, Case No. 11-70575), the case is administratively CLOSED without prejudice and without decision on the merits. Once the stay is no longer in effect, this case may be reopened on the motion of any party filed within 42 days after the date of the order removing the stay.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2011

_____
Clerk

t1220